# UNITED STATES OF AMERICA SUPREME COURT    ALBANY NY DIVISION

## UNITED STATES DISTRICT COURT

for the

Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR **2 8** 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany

| | |
|---|---|
| Nicole M Peek, Pro Se<br>Jeremy J Ming, Pro Se & o/b/o Child(ren),<br>John & Jane Doe-AS SAME OR SIMILAR IN CLASS<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| | ) |
| | ) |
| V. | )<br>) |

Case/index no. 1:23-CV-388 AMN/ML

**COMPLAINT / EMERGENCY INJUNCTION MOTION**

**DUANESBURG CENTRAL SCHOOL DISTRICT**(and/or ANY aliases),
And ANY unnamed employee(s)/agent(s)/School district(s) also responsible for same or similar cause of action,
**Celeste Junge IN ALL CAPACITIES**
 **Dr. James Niedermeier IN ALL CAPACITIES**,
**Schenectady County Department of Social Services-(child protective service(CPS))**
John and Jane Doe IN ALL CAPACITIES**,** Any Un-named Corporation/Entity/Agency found liable.
 ANY other known/unknown accommodation and/or relevant parties.
 *Defendant(s)*

## COMPLAINT AND REQUEST FOR EMERGENCY INJUNCTION

### Plaintiffs Demand Trial by Jury

**(I)    Parties To Complaint**

**Plaintiffs**
(a) Nicole M. Peek 518-244-0566 Nicolepeek80@gmail.com 3268 E Lydius St. Schenectady NY 12303. USA
(b) Jeremy J. Ming 518-813-7753 Jjaming33@gmail.com 8298 Duanesburg Rd (#6). Delanson NY 12053. USA

(c) <u>John & Jane Doe-AS SAME OR SIMILAR IN CLASS</u>. TBD, USA

   *(II)*   **The Defendant(s)**

(a) DUANESBURG CENTRAL SCHOOL DISTRICT (and/or any aliases) 133 School Dr, Delanson, NY 12053. USA

(b) Celeste Junge(IN ALL CAPACITIES) 187 Ward Lane, Schoharie NY 12157. USA

(c) Dr. James Niedermeier (IN ALL CAPACITIES) 59 E. Hite Ct, Schenectady NY 12303. USA

(d) Schenectady County Department of Social Services=(Child Protective Services)AKA (LDSS&ANY ALIASs)

(e) John and Jane Doe IN ALL CAPACITIES

(f) ANY Un-named Corporation/Entity/Agency/State found liable. USA

(g) ANY Direct/Indirect Accommodation/ Relevant parties. USA

(h) ANY unnamed employee(s)/agent(s)/School district(s)/Agencies also responsible for same or similar cause of action(USA),

     *ALL PARTIES (PLAINTIFF(s)&DEFENDANT(s)) ARE AND WERE NATIONALS/CITIZENS OF THE UNITED STATES OF AMERICA*

**Basis for Jurisdiction Is a Federal Question under federal Jurisdiction and by declaration Under Article III**

The rules governing subject matter jurisdiction in federal courts are included but not limited to

[1]First is Article III, Section 2 of the United States Constitution.

[2] 42 USC § 1983 ch 13. §3617,3603,3604

[3] The United States Code, in Title 28, section 1331, 1332(a)

[4] The United States Code, in Title 15 section 1 and Estates, powers and trust law

[5]Essentially All of Rule 65, emphasis on 65 (b) (a)

[6] 18 United States Code, section 242, 241, 244

[7] 22 USC §2755. 29 CFR Part 1605 Civil Rights Act

[8]1st Federal Tort Claims Act 1946. False Claims Act 31 USC §3729-3733

[9]Violence Against Women Act 55 Cal App.2d 322, 130 P.2d 131,134, Tex. Civ.App 143 S.W. In conjunction to conspire in violation of 18 USC §1201 Defined as Violent

[10]The United States Code, in Title 18, Section §3283, 2340

[11] FERPA 20 USC §1232g; 34 CFR P99. 18 USC §287

[12]The United States Code, in Title 31, section §3730, 3729, pursuant to Rule4(d)(4)

**WHEREFORE THIS HONORABLE COURT HAS AND MAINTAINS JURISDICTION**

## NATURE OF ACTION

(1) COMES NOW Jeremy J Ming, Nicole M Peek and John and Jane Doe (as same or similar in class)" to be heard in this case, its facts and deposit(s) herein. Plaintiffs a couple years ago had child(ren) enrolled in Duanesburg central school district (DCSD) and decided to homeschool while building a family church with a private religious school held in Trust separate from home with its members as previously mentioned on several occasions on/within public record(s) and through instrumentality

with notice and served upon defendant(s) a FULL revocation of All signatures NUNC PRO TUNC.(see Exhibit A) Having a direct and obvious prejudice to our decision with retaliation and false claims in direct violation of several Penal laws and in violation of many constitutionally protected rights.

(2) Defendants Have a DUTY to act in the best interest of the children and their development and be fair and impartial no matter what faith, race, sex and nationality. Especially acting as a local Government Authority and/or counter-part and acted completely contrary to this.

(3) Defendant has a duty to maintain honor and acting under color of law to remain in such at all times and should at no time be making threats or creating entrapment however defendant took part in such.

(4) Defendants have a duty to lead by example and be honest and communicative at all times providing details surrounding requested provisions and in no wise should act in malice. Yet defendants acted in severe prejudice.

(5) Defendants have a legal and moral obligation to not defame the character of its past or present students and its community members, including families, parents etc. and failed to do so and still makes attempts currently, which brings reasoning to motion for emergency injunction.

(6) We informed District or agents thereof since the beginning of our intentions and eventually had met our goals yet district was still insistent on certain alleged "requirements" and made verbal threats to call Child protective services and slander if we did not continue filling out arduous reports with minimal relevance to actual development.
An index number acquired by plaintiffs with an URGENT request for EMERGENCY Injunction/TRO in threat of more immediate irreparable damage. Urging this honorable court for TRO from any further action by defendant(s) and immediate Estoppel placed with the Schenectady County Sheriff's Office and Child Protective Services for ANY allegations deriving from Defendant(s) false information as they were procured in fraud and prejudice as the facts demonstrate. Defendants were acting under color of law to violate several constitutionally protected rights of Plaintiffs in order to obtain recourse under intentional acquiescence and coercion under guise of authority.

(7) Defendants Has/have Personal and professional obligation to abide by all United States Codes, Constitutions and statutes yet continues to create a plethora of violations including but certainly not limited to interference of Trust, Defamation of Character, Coercion, Oppression, Attempted Kidnapping, Creating a false claim, Trespassing, Conspiracy and other Tort actions while misleading by dishonesty and omissions. Also, a direct opposition towards our belief system creating highly prejudicial encounters. To not restrict ones constitutionally protected rights and to act accordingly under color of law at ALL times no matter what one's personal opinion and/or agenda may be. This beautiful country of America and our Amazing Father has preserved this beautiful rite of passage for creating due process surrounding this exact kind of injustice.

## THE FACTS

(8)    Defendants are a Public School District or Agents/Employees thereof and presumed Quasi- State/Local Government and bound by all the codes, laws and constitutions, in direct violation and creating blemish under Department of Social Services Permanent Record and Plaintiff N. Peek depends on these type of internal records for her livelihood and career and in there false claims they said "The Children lacked Nourishment" and needed a "Welfare Check" even with Defendants having knowledge of Plaintiff(s) roll within surrounding communities as stated in the following,

(9) Plaintiff(s) are contributing members to community and Nicole M Peek is a certified Teachers with a Master's Degree and runs multiple businesses within the community and having been in contact with Defendants in times past, they are and were all very much aware of Plaintiff(s) ties and attributes to local and neighboring communities within Schenectady County.

(10)    Defendants have a duty to report accurately and not maliciously based on retaliation and has a duty to utilize the Social Services resources responsibly, including the presence of police force and use of authority under color of law. (Title 6 Article 6 NYSSL) When in fact Defendants bypassed processes and procedure put forth by

(11)    A Community petition against Plaintiff(s) was created and publicized approximately one year ago with over One Hundred and Thirty-Five Signatures within against Plaintiff(s) at Change.org. Plaintiff(s) continually and publically proving throughout community of highly prejudicial behavior and same or similar tort action, among many other unscrupulous behaviors which is why Plaintiff(s) is open to those same or similarly situated and as long as it does not hinder initial cause of action herein, it shall remain as such for those families and Trust going through same if that's ok with the courts.(SEE EXHIBIT C)

(12)    Defendants Fraudulent and prejudicial claims caused 2 separate vehicles of Schenectady County Sherriff's Department to go to one of Plaintiff's place of business and knock on every occupied door therein in an attempt to locate Plaintiff(s) Causing a massive amount of embarrassment and undue stress and pressure. Also, interrupting the daily scheduled activities causing further irreparable damage.

(13)        Defendants are/is Person(s) within United States of America and under proper jurisdiction in this Honorable Court.

(14)    Defendants Directly and indirectly interfered and Restrained Plaintiff(s) trade and grantor ship of Trust as knowledge and other valuable consideration has been acquired throughout the many states, as well as religious upbringing and covenant from days of old in many direct and indirect interference of operations and actual and attempted Restraint of trade within private Trust and among its members therein.

(15)    Plaintiffs executed promptly every request and even demands from Defendants under direct threat of duress and stayed in constant communication with Defendants with no further responses and defendants even thanked plaintiffs and told them they would log it in the book. Plaintiff(s) received emails of assurance with nothing indicating any issues proving pre-meditated actions of malice and prejudice, furthermore defendants refused to respond and answer questions concerning state law reimbursement requirements for them and gave appearance of accepting our deposit, in all actuality having accepted it, leading to cause of actions(Exhibit A) and (see Exhibit B)

(16)    Defendants are members of System Award Management and other federal funding and grant money and are manipulating the census reports to obtain extra funding,

even if they need to make threats in an attempt to scare and coerce Plaintiffs into submission for quarterly reports for budget even after plaintiff explained on occasions of the recent transition to private religious school. Plaintiffs then requested proper forms to request reimbursement via email(see Exhibit A) and properly served notice upon Defendants in which they clearly became malicious and then proceeded to conspire against and slander Plaintiffs character, creating a report in which the evidence speaks DIRECTLY against the defendants alleged claims as well as multiple witnesses / Trust members. Defendants then, under color of law. weaponized the resources against plaintiffs in order to manipulate outcome of our family's and Trust decisions and religious beliefs. Defendants scoff at our practice of faith and fellowship openly to our face baring minimal respect.

(17)      Defendants used Color of Law to maintain guise of order and rule/policy in order to restrict, interfere and violate Plaintiffs Constitutionally protected rights and other rights, to manipulate outcomes and seek personal recompense for ones unjustified indignation and malice using resources in an attempt to intimidate and manipulate in order to contort the situation and the facts will prove a consistent pattern of behavior same or similar to multiple families/people. When plaintiff decided to defend self properly and in accordance with law, plaintiff was meant with retaliation, attitude and

(18)      Defendants COMPLETELY disregarded the valuable reputation of Plaintiffs and put children of plaintiffs in direct way of harm/danger under unanticipated contention and sought to have children taken away unlawfully in order to enact revenge and malice as the evidence and weight of evidence proves, once again using the guise of "ones best interest" and yet never bothered to respond to plaintiffs correspondence at all. Even after giving public and legal notice and being in receipt of such instrument as tendered (SEE EXHIBIT E) the timeline will show defendants went above and beyond to restrict civil rights as a direct result of intended retaliation for revocation and changes due to our nationality, race and/or religion and our legal preference as to our beliefs and the living of life, liberty and pursuit of happiness. Having notified on several and many occasions of the changes prior to the execution thereof and the refusal to honor our religion, nationality and choices/lifestyle even though it meets all legal criteria. Defendants have openly admitted they do not "agree" with plaintiff(s) decision and Plaintiffs have been met with much discrimination and resistance.

(19)      Plaintiffs were avidly seeking reimbursement as per the state and local statutes for the homeschooling period which led to these immediate causes of action.

(20)      Plaintiffs sought Reimbursement according to law and statute for previous homeschooling time and all this happened shortly thereafter as result of request and inquiry. Personal Verified Account of ALL events attached. (SEE EXHIBIT D)

(21)      Defendants acted in complete negligence of duty and under extreme prejudice made the decision to attack our family and trust under the color of law. I pray this honorable court will make the path right for all future families in this amazing country and that NO ONE ever has to go through this or even worse. Plaintiffs are in GENUINE fear for their children's lives, fearing Defendants will continue to put them in danger as "collateral Damage" for their malice and will create further cause of action from recourse/retaliation. A Restraining Order is extremely necessary in order to maintain safety of said trust and family, as well as its well preserved values through Our Lord and Savior Jesus "The Christ".

## CAUSE(S) OF ACTION

### AS AND FOR ALL CAUSE OF ACTION ON BEHALF OF PLAINTIFF(S) Jeremy J Ming, Nicole M Peek and John and Jane Doe BASED UPON A THEORY OF STATUTORY LIABILITY AS AGAINST ALL DEFENDANTS

(22)     That the Plaintiff(s) Jeremy J Ming, Nicole M Peek and John and Jane Doe repeats, reiterates and re-alleges each and every allegation contained in of the Complaint set forth in paragraphs "FIRST" through "FIFTEENTH" inclusive with the same force and effect as though said allegations were herein fully set forth at length including but not limited to,

(23)     The conduct of defendants, and/or each of them, constituted violations of INCLUDING BUT NOT LIMITED TO Article 240.50 & 240.36 of the Penal Law of the State of New York and/or its predecessor statutes.

(24)     The conduct of defendants, and/or each of them, constituted violations of Article 135.60 of the Penal Law of the State of New York and/or its predecessor statutes.

(25)     The conduct of defendants, and/or each of them, constituted violations of Article 155.05 of the Penal Law of the State of New York and/or its predecessor statutes.

(26)     The conduct of defendants, and/or each of them, constituted violations of Article 155.25 of the Penal Law of the State of New York and/or its predecessor statutes.

(27)     The conduct of defendants, and/or each of them, constituted violations of Article 210.45 & 210.35 of the Penal Law of the State of New York and/or its predecessor statutes.

(28)     The conduct of defendants, and/or each of them, constituted violations of Article 120.15 and 240.30 of the Penal Law of the State of New York and/or its predecessor statutes.

(29)     The conduct of defendants, and/or each of them, constituted violations of Article 130.52 of the Penal Law of the State of New York and/or its predecessor statutes.

(30)     The conduct of defendants, and/or each of them, constituted violations of Article  175.35 of the Penal Law of the State of New York and/or its predecessor statutes.

(31)     The conduct of defendants, and/or each of them, constituted violations of Article 200.00 & 200.04 of the Penal Law of the State of New York and/or its predecessor statutes.

(32)     The conduct of defendants, and/or each of them, constituted violations of 28 USC/ 28 USC 518 and/or its predecessor code.

(33)    The conduct of defendants, and/or each of them, constituted violations of 18 USC 242 and/or its predecessor code.

(34)    The conduct of defendants, and/or each of them, constituted violations of 45 stat 54, 80 stat 613, 94 stat 1743, 96 stat 32, 106 stat 4516 and Public law 89-554, 96-417, 97-164, 102-572, Added Pub. L. 89-554, §4(c), Sept. 6, 1966, 80 Stat. 613; amended Pub. L. 96-417, title V, §503, Oct. 10, 1980, 94 Stat. 1743; Pub. L. 97-164, title I, §117, Apr. 2, 1982, 96 Stat. 32; Pub. L. 102-572, title IX, §902(b)(1), Oct. 29, 1992, 106 Stat. 4516

(35)    The conduct of defendants, and/or each of them, constituted violations of 18 USC 241 and/or its predecessor code.

(36)    The conduct of defendants, and/or each of them, constituted violations of 18 USC 245 and/or its predecessor code.

(37)    The conduct of defendants, and/or each of them, constituted violations of 42USC 3631 and/or its predecessor code.

(38)    The conduct of defendants, and/or each of them, constituted violations of 42 USC 14141 and/or its predecessor code.

(39)    The conduct of defendants, and/or each of them, constituted violations of 28 USC &/or 28USC 351-364 & rule 59 and/or its predecessor code/rule.

(40)    The conduct of defendants, and/or each of them, constituted violations of, , §100.3(a)B(1)(2)(3)(4)(5)(6)(b)(7)(9)(a)(b)(12)(C)Administrative Responsibilities/Duties. (1)(3)(E)1(a)(I)(II) and/or its predecessor codes/rules

(41)    The conduct of defendants, and/or each of them, constituted violations of §100.1 and/or its predecessor codes/rules

(42)    The conduct of defendants, and/or each of them, constituted violations of, §100.2(a)(b)(d), and/or its predecessor codes/rules

(43)    All of which resulting in, including but not limited to, SEVERE emotional distress AND even worse Character Defamation

(44)    And burden and a major loss of time and energy and attempted infringement on Trust

(45)    Plaintiff's reputation has been severely blemished and contorted due to the nature of defendants' actions, including but not limited to, licensing, government job opportunities and now restricted under 1st amendment of my non-secular activities and practices.

(46)    The conduct of defendants, and/or each of them, constituted violations of 18 USC 1918 & 5 USC 7311 and/or its predecessor code.

**AS AND FOR FURTHER CAUSE OF ACTION ON BEHALF OF PLAINTIFF(S) Jeremy J Ming, Nicole M Peek and John and Jane Doe BASED UPON A THEORY OF STATUTORY LIABILITY AS AGAINST ALL DEFENDANTS**

(47)    That the Plaintiff Jeremy J Ming and Nicole M Peek repeats, reiterates and realleges each and every allegation contained in of the Complaint set forth in paragraphs "SEVENTEENTH" through "FORTY SECOND" inclusive with the same force and effect as though said allegations were herein fully set forth at length including but not limited to The conduct of defendants, and/or each of them as one and constituted violations of oath and duty and  The conduct of defendants, and/or each of them, constituted violations of, and/or its predecessor State and Country codes/rules
     INCLUDING BUT NOT LIMITED TO….

(48)    First is Article III, Section 2 of the United States Constitution.
(49)    42 USC § 1983 ch 13. §3617,3603,3604
(50)    The United States Code, in Title 28, section 1331, 1332(a)
(51)    The United States Code, in Title 15 section 1 and Estates, powers and trust law
(52)     18 United States Code, section 242, 241, 244
(53)    22 USC §2755. 29 CFR Part 1605 Civil Rights Act
(54)    1st Federal Tort Claims Act 1946. False Claims Act 31 USC §3729-3733
(55)    Violence Against Women Act 55 Cal App.2d 322, 130 P.2d 131,134, Tex.  Civ.App 143 S.W. In an attempt to have Plaintiffs Children Kidnapped
(56)    In conjunction to conspire in violation of 18 USC §1201 Defined as Violent
(57)    The United States Code, in Title 18, Section §3283, 2340
(58)    FERPA 20 USC §1232g; 34 CFR P99. 18 USC §287
(59)    The United States Code, in Title 31, section §3730, 3729, pursuant to Rule4(d)(4)
(60)    Several violations of policy/procedure of NYS education law, especially surrounding 100.10 which they continually attempt to use as a means to coerce. NY Title 6 Article 6 411-428
(61)    Direct violation of a multitude of NYS SSL, specifically surrounding section §400-420

## STATEMENT REGARDING INTENT TO SEEK PUNITIVE DAMAGES

While potentially not seeking punitive damages as a separate cause of action, Plaintiffs put Defendants on notice that Defendants' acts and omissions and statutory violations were wanton and reckless and evidence of disregard of the rights and safety of the general public and Plaintiff, Plaintiffs children and actual well-being, Plaintiff(s) Trust and its Members. Punitive damages will be requested to punish Defendants and deter others from similar conduct. I believe our high courts and its judges are the key to positive and necessary changes.

Plaintiff(s) reserve ALL rights without prejudice.

WHEREFORE, Jeremy J Ming, Nicole M Peek and John and Jane Doe demands a monetary judgment including but not limited to, in the form of damages against the Defendants and/or each of them, on the All Causes of Action listed herein and All fees and dues incurred by these proceedings returned to Original Grantor.

WHEREFORE Jeremy J Ming, Nicole M Peek and John and Jane Doe Seeks including but not limited to a Judgement and order of execution on judgement for damages and whatever the court deems appropriate and just. If it's required by Plaintiffs to put an actual amount then please notify and allow time for amendment.

WHEREFORE, Jeremy J Ming, Nicole M Peek and John and Jane Doe request Injunction/TRO on all defendants and an Estoppel of any intended action from any assisting agency in relevance to these fraudulent/inaccurate claims creating immediate harm and posed to create further harm.

## WHEREFORE; PLAINTIFF(S) DEMANDS A TRIAL BY JURY ON ALL ISSUES.


**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,   and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause   unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
(4) the complaint otherwise complies with the requirements of Rule 11.

**Pro Se, Sui Juris, in propria persona**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be

served.  I understand that my failure to keep a current address on file with the Clerk's Office may result

in the dismissal of my case.

Date of signing:        03/___/2023 A.D.
                        _____

_____

Signature of Plaintiff(s)

Nicole Peek

Printed Name of Plaintiff(s)

_____  --

*FROM:* Lady **Nicole-Mary:Peek**(Mother) and Lord **Jeremy-John:Ming**(Father) o/b/o ~~Minor Child~~ (Son) @ RFD 8298
DUANESBURG RD DELANSON NEW YORK REP. [12053]

*RECORDING REQUESTED;*    *STATE OF NEW YORK;*    *COUNTY OF SCHENECTADY:*

*WHEN RECORDED PLEASE RETURN TO:*
*NICOLE M PEEK*
*8298 DUANESBURG ROAD DELANSON NY 12053*

**DUANESBURG CENTRAL SCHOOL DISTRICT C/O**
**DR. JAMES NIEDERMEIER(SUPERINTEDENT)**
**AND/OR CELESTE (ASSI, SUPERINTENDENT)**
**OR AGENT THEREOF**
**133 SCHOOL DR. DELANSON NY 12053**

## PUBLIC NOTICE AND DEMAND FOR RETRACTING ALL SIGNATURES.

### TO: DUANESBURG CENTRAL SCHOOL DISTRICT
**(AND ANY other names/aliases)  (NOTICE TO AGENT IS NOTICE TO PRINCIPAL**§ 1-202**)**

### C/O CELESTE JUNGE-
### 165 Chadwick Rd, Delanson, NY 12053

This Notice having been recorded brings public instrumentality whereby FULL retraction of ALL signatures given for ANY purpose and reason between DUANESBURG CENTRAL SCHOOL DISTRICT a/k/a DUANESBURG CSD and ANY other unknown names/aliases AND the parents of Minor Child, the father, Jeremy Ming and the mother, Nicole Peek. We as the parents under 15 USC § 7001 & 2-209 & Common law, **RESCIND/RETRACT ALL SIGNATURES**, **NUNC PRO TUNC** on behalf of            who is now and has been attending a **Private Religious School at the location of VALLEY OF BACA (87-2882397)**

ANY ASSUMPTION OF IN LOCO PARENTIS IS NOW REVOKED NUNC PRO TUNC AND SHALL REMAIN AS SUCH UNDER THIS NOTICE AND INSTRUMENT OF SIGNATURE RETRACTION AS OR UNTIL MAKERS/AFFIANTS/PARENTS REMOVES REVOCATION BY SAME MEANS OF PROCESS. WE GIVE ABSOLUTELY NO AUTHORIZATION FOR ANYTHING HELD CONTRARY TO THIS. ANYTHING SIGNED ON BEHALF OF BRAYDEN TEETSEL OR ANY PAPERWORK EVER SIGNED WITH THE SCHOOL DISTRICT NAMED HEREIN IS HEREBY NULL AND VOID- NUNC PRO TUNC ( For then and for now)

YOU WILL BE BILLED AT A RATE OF ONE HUNDRED AND FIFTY DOLLARS FOR EACH HOUR FOR ANY PROVISIONS SUPPLIED BY PARENTS OR ANY RELEVANT TRUST MEMBER OR ANYONE ACTING ON BEHALF OF SUCH. ANY VIOLATIONS ARE TEN THOUSAND DOLLARS FOR EACH OCCURRENCE. ALSO BE IT KNOW; Minor Child IS A TRADEMARK AND BENEFICIARY OF MP PRIVATE EXPRESS TRUST AS RECORDED IN DEED WITH INSTRUMENTALITY AND NON-COMPLIANCE OR ADVERSE ACTION(S) WILL  BE DEEMED IMMEDIATELY AS INTERFERENCE(15 USC §1)BRAYDEN TEETSEL AND SIBLINGS BEING MEMBER(S) OF MP (P)(E)(R)TRUST® AND BENEFICIARY OF SUCH AS DEMONSTRATED THROUGH PROPER INSTRUMENTALITY OF EXECUTOR/EXECUTRIX, OF WHOM HOLDS ALL SECURITY INTEREST AND ANYOTHER INTEREST AS PUBLICATED MP (P)(E)(R) TRUST® & BEING IRREVOCABLE. OTHER UNNAMED MEMBERS OF SAID TRUST REMAIN ON RECORD ALSO.

WE RESERVE ALL RIGHTS WITHOUT PREJUDICE

_____
Nicole-Mary:Peek, Mother

_____
Jeremy-John:Ming, Father

### JURAT;

Sworn before me this ___17th___ day of ___March___, in the year 2023AD

### WITNESS/NOTARY AND SEAL;

PHILIPPE G. CRAAN
Notary Public, State of New York
Qualified In Schenectady County
No. 01CR6136388
My Commision Expires  11-7-25.

:TRUST SEAL

# EXHIBIT A

1 of 3
Front and Back

SCHENECTADY COUNTY COUNTY CLERK'S OFFICE

| Inv Number: 1162075 | Invoice Date: 03/17/2023 3:01:21 PM | RECEIPT | Reg/Drw ID: 0402 |
| Customer ID: SC | Last Change: | | By: UDP |
| SCHENECTADY COUNTY CLERKS OFFICE | | | |

| Chg # | Charge / Payment / Fee Description | Amount | Inst # / Inst Date | Municipality |
|---|---|---|---|---|
| 1 | **MISCELLANEOUS RECORD** | $45.00 | **202315327** | NO MUNICIPALITY |
| | Direct Party - DUANESBURG CENTRAL SCHOOL DISTRICT | | **03/17/23 3:01:24 PM** | |
| | Indirect Party - PEEK NICOLE-MARY | | **Book: 4 Page: 656** | |
| | Document Number - 2023-6 | | **Total Pages: 1** | |
| | Fee Detail: | | | |
| | MISCELLANEOUS RECORD FEE | $45.00 | | |
| 2 | **CERTIFIED COPY** | $5.00 | | |
| | Fee Detail: | | | |
| | CERTIFIED COPIES | $5.00 | | |
| | **TOTAL CHARGES** | $50.00 | | |
| | **PAYMENTS** | | | |
| | **CASH** | $50.00 | | |
| | **TOTAL PAYMENTS** | $50.00 | | |
| | **AMOUNT DUE** | $50.00 | | |
| | **PAYMENT ON INVOICE** | ($50.00) | | |
| | **BALANCE DUE** | $0.00 | | |

2 of 3

# AFFADAVIT OF MAILING

We, Nicole M Peek and Jeremy J Ming in all capacities, do hereby affirm under penalty of perjury that the following items:

- PUBLIC NOTICE/DEMAND OF REVOCATION/RECISION OF ALL SIGNATURES NUNC PRO TUNC WITH INSTRUMENTALITY TO DUANESBURG CENTRAL SCHOOL DISTRICT AND/OR ANY OTHER NAME/ALIAS IT GOES UNDER AT SAID LOCATION OF;

**TO: DUANESBURG CENTRAL SCHOOL DISTRICT C/O DR. JAMES NIEDERMEIER(SUPERINTEDENT) AND/OR CELESTE (ASSI, SUPERINTENDENT) 133 SCHOOL DR. DELANSON NY 12053**

ON: MARCH ___ 2023

BY FIRST CLASS CERTIFIED UNITED STATES POSTAL SERVICE (USPS)

NO. _7022 0410 0000 4963 4017_       RT: _9590 9402 7493 2055 0636 51_

:Seal & Hand

PHILIPPE G. CRAAN
Notary Public, State of New York
Qualified In Schenectady County
No. 01CR6136388
My Commision Expires ___11-9-25___

Nicole-Mary:Peek

Jeremy-John:Ming

**State of New York**

**County of Schenectady:**

Before me, Nicole M Peek and Jeremy J Ming, on this day personally appeared___, known to me (or proved to me on the oath of or through identification to be the person whose name is subscribed to the forgoing "NOTICE/DEMAND OF REVOCATION/RECISION OF ALL SIGNATURES NUNC PRO TUNC" and "Affidavit of Mailing" and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _17th_ day of MARCH 2023

_____ Notary Public's Signature

3 of 3

 Gmail

cole keep <nicolepeek80@gmail.com>

## overdue quarterly report

**Homeschooling** <homeschooling@neric.org>                    Mon, Feb 27, 2023 at 9:36 AM
To: cole keep <nicolepeek80@gmail.com>
Cc: Celeste Junge <cjunge@duanesburg.org>

Nicole,

You need to notify the district that he is attending a private school because this is not under homeschooling.  I have cc'd Celeste Junge so you have her email and you can share the info with her.

Thanks.

[Quoted text hidden]

**EXHIBIT B**

Front and
Back
①
of 8

 Gmail

cole keep <nicolepeek80@gmail.com>

## overdue quarterly report

**cole keep** <nicolepeek80@gmail.com>                                    Mon, Feb 27, 2023 at 10:00 AM
To: Homeschooling <homeschooling@neric.org>

Ok, thank you for all your kindness.
NP


UCC1-308
[Quoted text hidden]



 Gmail

**cole keep <nicolepeek80@gmail.com>**

## overdue quarterly report

**Celeste Junge** <cjunge@duanesburg.org>                                    Tue, Mar 7, 2023 at 12:00 PM
To: Homeschooling <homeschooling@neric.org>
Cc: cole keep <nicolepeek80@gmail.com>

Hello, Nicole,

Please advise the private school your son is attending so we can update our files.
Thank you very much.

Celeste

**Celeste E Junge**
**Secretary to the Superintendent**
**District Clerk**
**Duanesburg Central School**
**133 School Drive**
**Delanson NY 12053**
**(518) 895-2279 ext. 241**
**Fax: (518) 895-2626**
**www.duanesburg.org**

[Quoted text hidden]

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.



M Gmail

cole keep <nicolepeek80@gmail.com>

## overdue quarterly report

**cole keep** <nicolepeek80@gmail.com>
To: Celeste Junge <cjunge@duanesburg.org>

Tue, Mar 7, 2023 at 10:39 PM

Hello, thank you for your reply. The Private Religious school He is attending is called The Valley Of Baca. (JNBCLUKE316) Notice will also be going out certified mail. Thank you verry much and many blessings be upon you.

Graciously,
NP/JM


UCC1-308
[Quoted text hidden]



 Gmail

**cole keep <nicolepeek80@gmail.com>**

## overdue quarterly report

**Celeste Junge** <cjunge@duanesburg.org>
To: cole keep <nicolepeek80@gmail.com>

Wed, Mar 8, 2023 at 8:39 AM

Good morning!,

Thank you for the information. We will update our file.

Celeste

[Quoted text hidden]



 Gmail

**cole keep <nicolepeek80@gmail.com>**

## overdue quarterly report

**Celeste Junge** <cjunge@duanesburg.org>
To: cole keep <nicolepeek80@gmail.com>

Wed, Mar 15, 2023 at 11:41 AM

Hi Nicole,
Please advise the tracking number for the certified letter that was being sent. As of today, we have not received the letter for our file.

Thank you.

Celeste

On Tue, Mar 7, 2023 at 10:40 PM cole keep <nicolepeek80@gmail.com> wrote:
[Quoted text hidden]
[Quoted text hidden]



 **Gmail**

**cole keep <nicolepeek80@gmail.com>**

## overdue quarterly report

**cole keep** <nicolepeek80@gmail.com>
To: Celeste Junge <cjunge@duanesburg.org>
Cc: mptrust@mptrust.org

Sat, Mar 18, 2023 at 10:26 AM

7022
O41O
OOOO
4963
4O17.

Processing.
Also, it's my understanding that we're entitled to some reimbursements under state law for the homeschooling period.
Who should I send the invoice to?


NP


UCC1-308


VOF: 15 USC 1
[Quoted text hidden]



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at **www.usps.com®**.

Delanson, NY 12053

| | |
|---|---|
| Certified Mail Fee | $4.15 |
| $ | $3.75 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.63 |
| $ | |
| Total Postage and Fees | $8.13 |

0056
8

Postmark
Here

03/20/2023

Sent To   Duanesborg (SD)

Street and Apt. No., or PO Box No.

City, State, ZIP+4®        Signature Reardon

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0410 0000 4963 4017




20230323_150918.jpg

3/23/23, 3:11 PM

https://mail.google.com/mail/u/0/#inbox?projector=1

1/1


PUBLIC PETITION for Removal of DCS Superintendent, Jim Niedermeier



SOURCE: Petition · Removal of DCS Superintendent, Jim Niedermeier · Change.org

Vigilant Neighbors started this petition to Duanesburg Central School Parents and Community Members

# EXHIBIT C

Page **1** of **5**

Front pages only

James Niedermeier, the current DCS Superintendent, appears to not care about the best interests of the students or our community, which has led to poor performance of his duties. He continuously lies to parents and the community.

Concerned parents have reached out to try and work with Superintendent Niedermeier. Unfortunately, he refuses to find any compromise. He hides behind the NYS educational boards suggestions, claiming he has been "mandated" by the state to push Diversity, Equity, and Inclusion (DEI) onto our students. He can't differentiate between "equity training" and the "Critical Race Theory". Superintendent Niedermeier's uncompromising approach will take our school and students down a toxic path that leads to socialism and Marxism.

James Niedermeier has no intention of improving our school environment. There has been more vandalism and violence in our schools since he has been the Superintendent. His job is not only to focus on the Administrative aspects but he is also supposed to focus on the wellbeing of the students. He has failed to do this during his term.

He has also failed to listen to parents and community members. He thinks that he is a good example for our students but is a liar a good example?

He is using COVID-19 funds to fund Diversity, Equity, and Inclusion training, audits, etc. These funds could be put to better use for something else.

Please sign this petition for the removal of James Niedermeier, the current Superintendent. All signatures will be brought to the school board (date to be determined). To stay updated, please join our Facebook group, Vigilant Neighbors. Thank you in advance for your support! This petition had 138 supporters

Share this petition



Duanesburg Central School Parents and Community Members: Removal of DCS Superintendent, Jim Niedermeier

- Send an email to friends
- Send a message via WhatsApp
- Tweet to your followers
- Copy link
  Report a policy violation

**Start a petition of your own**

This petition starter stood up and took action. Will you do the same?
Start a petition

**Updates**

● 100 supporters

1 year ago

● Vigilant Neighbors started this petition

1 year ago

.

**Reasons for signing**

●

**Michele Neal**·1 year ago

I am against Diversity/Equity/Inclusion (DEI). This is not educational this is brainwashing.

5·

Report

●

**Sharlene Grenier**·1 year ago

Mr. Niedermeier has indicated by his actions that he is unwilling and unable to listen, understand or align with Duanesburg's values. I am completely and utterly disappointed with the direction our school has taken. It has become an administrative playground and revolving door for wannabe corporate elitists with no desire or passion for ... Read more

4·

Report

● 8 comments were added to the list

**Jean Tower**·1 year ago

Page **3** of **5**

I believe our school board has and is being misled by our supervisor. He has heard our concerns and has completely dismissed them. The teaching of equity is a dangerous path leading to socialism and worse. Also, telling our kids that wishing someone Mery Christmas could be offensive to others is confusing and shaming to our kids. ... Read more

4·

Report

**Cliff Bradshaw**·1 year ago

I believe each and every child, no matter their race or color, should have a positive edu. experience. I strongly oppose the subtle indoctrination of our children and community via toxic policies and assemblies on DEI!

4·

Report



**Raymond Barry**·1 year ago

School administrators and school board members DO NOT represent the ideas and beliefs of the community..

4· .

Report

**Mark Royce**·1 year ago

Unmask the kids

3·

Report



**Mark Gwiazdowski**·1 year ago

After receiving accounts from DCS staff, X teachers, students, and personally seeing this man's true colors recently. He is the antithesis of what he's pushing to teach. A man or woman with no backbone and predisposed disposition has no business in the position of superintendent. A liar, bully and major letdown for our ... Read more

3·

Report



**Sarah Gwiazdowski**·1 year ago

James Neidermeir is not a good fit for DCS. his values do not align with that of the Duanesburg parents, students or community. He is pushing his political agenda and resume building at our children's expense. We won't let this happen. Jim needs to leave.

3·

Report



**William Aiken**·1 year ago

Critical Race Theory has masquersded as innocuous curriculum when it teaches kids of opposite races to hate one another. It's fueled by white guilt, which seems to have afflicted this sprnt. CRT must be strongly rebuked by educators. x

2·

Report

**Richard Gooding**·1 year ago

This man hasn't done anything for our kids! He keeps them muzzled all day while he takes money! The school board better watch who they're dealing with. They're next! These are OUR kids! Get the masks off their faces and get equity out of the school!

2·

Report CONTINUED.......... CHANGE.ORG PETITION

03/24/2023

I Jeremy J Ming swear under the penalty of perjury that the following statement is absolutely true and correct.

Initially our children were being homeschooled by myself and Nicole. We had already began a church which has a website and everything and we decided to integrate a private religious school into it legally held by trust specifically for the members in trust and our family. We give accurate quarterly reports as requested right up until we gave notice and when we gave notice there was no issues whatsoever and they said that they were putting it down in their log book or what have you and I said I was sending out an official notice certified mail. The assistant superintendent then responded and asked me for the certified mail number and in response I gave it to her and I also inquired about the reimbursement programs which is mentioned within the state statutes of homeschooling among other questions surrounding resources and what have you. I had never received a response back from her since and then just a couple of days later on March 24th 2023 Friday I was eating lunch with the children in the living room and I received a knock at the door and I looked out the window and there was two Schenectady county sheriff's officers and two people that I imagined were some sort of social workers or something so I went ahead and grabbed my GoPro recorder and stepped outside and asked them how I could help them and they proceeded to tell me that they received a report that our children are being neglected of an education and that they are malnourished and a welfare check should be done on them. We have a plethora of curriculum within the school including the new implementation coming of the consumer financial protection bureau k through 12 program and other paid programs like generation genius and reading eggs and education.com as well as many many other activities including shop, carpentry, mechanics and quantum syntax grammar. So you can imagine how insulting this was. I refused to let anybody in however I did comply by stepping outside and ask them what their demands were and they basically said they wanted to speak to each one of the children and make sure they were okay and they also wanted me to take pictures of food inside my cabinets and refrigerator. I told them I would bring the children to the window momentarily and take pictures of all the food because these children have everything and then some so I was happy to do so. Upon complying he then asked if he can ask the children's name and then ask them their age and then at that point I told them that's enough. I gave them my phone number and I said from now on you have to call me first Don't just show up because it's private property and if you're not a member or resident then you need express written consent as publicized on the public record as this land and its assets are all held in trust including some of it's people. After they had left I went and checked the surveillance cameras and ran back the hard drive and realized that they had knocked on every door at the business before coming to the actual door where we were located. After they had left of course the people that did not answer their doors and stuff because they were banging so abruptly and people were nervous basically asked us if everything was okay. Everybody was quite distraught and my son being a bit sensitive and smart asked me why they were asking those types of questions all of a sudden and that was one of the harder things for me to have to do explain to my son that level of corruption that's taking place and the level of disregard and yet still somehow relaying it all gracefully to a 7-year-old. The damage here is irreparable. Once I was able to get everyone to gain composure and a bit of understanding once I myself had wrapped my head around what just happened I began to contemplate the facts and start putting them down one by one and that's when I began to motion for emergency injunctive relief and file a complaint. We work so hard to educate our children and live on our private land and enjoy our life for the pursuit of life liberty and happiness and today that was disrupted in a major and most uncomfortable way.

Witness Hand and Seal:

;Trust Seal

JURAT:

Sworn Before Me This ___ Day ___ Month, 2023

Travis Dombroski
Notary Public, State of New York
Reg. No. 01DO6423406
Qualified in Albany County
Commission Expires 10/12/2025

**EXHIBIT D**

Page 1 of 2

Affidavit of Truth
3/24/24

I Nicole M. Peek  declare under penalty of perjury the following facts are true and Correct. My son  Minor (Redacted ) has been homeschooled since 2/7/22 and I have been in full compliance with Duanesburg School district and Capital Region Boces.  As a certified K-12 teacher and within compliance with NYS I have submitted letters of intent, individualized home instruction plans, quarterly reports, annual assessments and invoices seeking reimbursement for my time writing these reports. In December of 2022 I SON   started a Private Religious School called the Valley of Baca.  I notified Duanesburg School and Capital Region Boces in writing stating he was attending a private religious school and was told it was accepted and entered and  simply began to inquire about reimbursement of entitled funds for homeschooling period and never received a response back.  Recently stopped sending the reports to Capital Region Boces.  However, I continued to write them and track his academic progress for his schooling and development.  The district assistant superintendent never once gave any indication of anything so why she would say I malnourished and did not do what is in the best interest for our children is outright discrimination and prejudice as she knows that I am a teacher and teaching students is my passion. I am absolutely appalled at this level of civil rights violation I just endured for reasons I still cannot quite understand fully.  .

Nicole Peek

Witness Hand and Seal:

;Trust Seal

JURAT:

Sworn Before Me This 24th Day 3rd th Month,  2023

Travis Dombroski
Notary Public, State of New York
Reg. No. 01DO6423406
Qualified in Albany County
Commission Expires 10/12/2025

1/2

20230327_141046.jpg

3/27/23, 2:12 PM

# EXHIBIT E



https://mail.google.com/mail/u/0/#inbox?projector=1